■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRA McCULLARS, Appellant. [40 NYS3d 809]—Motion for writ of

error coram nobis denied. Present—Smith, J.P., Carni, NeMoyer, Curran and Troutman, JJ.